34

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

Nathanyah Ben-Israel,
lawful man, neutral,
intervening third party

)
)  Case No. 96-00185-43
)
NATHANIEL WEATHERSPOON )
                      Plaintiff )
)  **PLAINTIFF'S REQUEST FOR**
)  **SUMMARY JUDGMENT**
v.                    )
)
)                             **FILED**
UNITED STATES OF AMERICA, )
LEO M. DILLON         )                        OCT 1 8 2006
                      Defendants )
)                        CLERK, U.S. DISTRICT COURT
                                                WEST. DIST. OF PENNSYLVANIA

COMES NOW, Nathanyah Ben-Israel, third party intervenor in the above entitled cause and requests this court to enter its ORDER granting the Plaintiffs Summary Judgment against the Defendants on the grounds that there are no material facts in dispute between the parties and that as a matter of law the Plaintiff is entitled to the relief requested in his **REQUEST FOR RELEASE OF ORDER** filed with this court on August 14, 2006.

Respectfully submitted this 15th day of October.

*[Signature]*
Nathanyah Ben Israel
authorized rep. for,
NATHANIEL WEATHERSPOON
P.O. BOX 6000
GLENVILLE, W.V. 26351-6000

*[Handwritten annotation:]* 10/23/06 denied; criminal action has been closed for 8 years. There are no outstanding issues on which summary judgment applies. Defendant has unsuccessfully challenged his conviction directly & collaterally. — Donetta W. Ambrose

*[Stamp:]* RECEIVED OCT 20 2006 JUDGE AMBROSE'S CHAMBERS